JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RIGOBERTO SOLORIO SR.,

Plaintiff,

v.

FCA US, LLC, et al.,

Defendants.

Case No. 5:24-cv-02580-DTB

**J U D G M E N T**

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendant against Plaintiff. (JS-6)

**IT IS SO ORDERED.**

DATED: October 8, 2026

[signature]

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE